1  **DOLL AMIR & ELEY LLP**
   HUNTER R. ELEY (SBN 224321)
2  heley@dollamir.com
   CHELSEA L. DIAZ (SBN 271859)
3  cdiaz@dollamir.com
4  1888 Century Park East, Suite 1850
   Los Angeles, California 90067
5  Tel:  310.557.9100
   Fax: 310.557.9101
6
7  Attorneys for Defendant,
   BLUESTEM BRANDS, INC.
8

9              **UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

11

12                                    | Case No.

13  YUSEF AWAD,

14          Plaintiff,                **NOTICE OF REMOVAL OF ACTION
                                       TO THE UNITED STATES DISTRICT
15  v.                                 COURT FOR THE CENTRAL
                                       DISTRICT OF CALIFORNIA UNDER 28
16  BLUESTEM BRANDS, INC. dba          U.S.C. § 1441(a), 28 U.S.C. §1331
    FINGERHUT ,                        (FEDERAL QUESTION) and 28 U.S.C. §
17                                     1367(a) (SUPPLEMENTAL
          Defendant.                   JURISDICTION)
18

19                                     *(Filed concurrently with: (1) Civil Case
                                       Cover Sheet; and (2) Notice of Interested
20                                     Parties)*

21                                     Complaint File: October 30, 2014

22

23

24

25

26

27

28

1  **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR**

2  **THE CENTRAL DISTRICT OF CALIFORNIA:**

3      **PLEASE TAKE NOTICE THAT** defendant Bluestem Brands, Inc.

4  ("Bluestem"), incorrectly named in the Complaint as "Bluestem Brands, Inc. dba

5  Fingerhut," hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C.

6  § 1441(a), 28 U.S.C. § 1331 and 28 U.S.C. § 1367(a), and removes this action from

7  state court to federal court pursuant to 28 U.S.C. § 1446(b).

8  **A.**   <u>**JURISDICTION**</u>

9      1.    Bluestem specifically alleges that this Court has federal question

10  jurisdiction over this action pursuant to 28 U.S.C. §§ 1441(a) and § 1331 because

11  Plaintiff Yusef Awad ("Plaintiff") alleges a cause of action arising under the federal

12  Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, which is a law of

13  the United States.  Further, the Court has supplemental jurisdiction over the state law

14  cause of action alleged in the Complaint pursuant to 28 U.S.C. § 1367(a).

15  **B.**   <u>**STATEMENT OF THE CASE**</u>

16      2.    On October 30, 2014, Plaintiff filed a Complaint in the Superior Court of

17  the State of California for the County of Orange, designated as Case Number 30-2014-

18  00753688-CL-NP-CJC (the "Action").  Pursuant to 28 U.S.C. § 1446(a), a true and

19  correct copy of  all process, pleadings and orders served upon Bluestem in this case is

20  attached hereto as *<u>Exhibit A</u>*.

21      3.    Plaintiff asserts two causes of action in his Complaint against Bluestem.

22  Those causes of action include: (1) violations of the California Rosenthal Fair Debt

23  Collection Practices Act ("Rosenthal Act"), Cal. Civ. Code § 1788, *et seq.*; and (2)

24  violations of the TCPA, 47 U.S.C. § 227.

25  **C.**   <u>**BASIS FOR REMOVAL**</u>

26      4.    This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331

27  because Plaintiff alleges a TCPA cause of action, which is a law of the United States.

28      5.    Specifically, Plaintiff's Complaint alleges that Bluestem has violated the

Doll Amir & Eley llp

1   federal TCPA by using an "automatic telephone dialing system" to telephone Plaintiff
2   without his consent.  *See* Ex. A, Complaint, ¶¶ 8-11, 14.  Therefore, adjudication of
3   Plaintiff's Complaint requires an analysis and construction of federal law.  Thus, this
4   Action is one which may be removed to this Court by Bluestem pursuant to 28 U.S.C.
5   § 1441(a) and § 1331 because this Court would have had original jurisdiction founded
6   on Plaintiff's claims arising under the TCPA.

7         6.    Additionally, this Court has supplemental jurisdiction over the remaining
8   state law claim, because it "form[s] part of the same case or controversy."  28 U.S.C.
9   § 1367(a).  A state claim is part of the same case or controversy if it shares a
10  "common nucleus of operative fact" with the federal claim, and if they would
11  normally be tried together.  *See, e.g., Trustees of the Constr. Indus. & Laborers*
12  *Health & Welfare Trust v. Desert Valley Landscape Maint., Inc.,* 333 F. 3d 923, 925
13  (9th Cir. 2003).  The facts related to Plaintiff's state law claim are intertwined with
14  and based upon his allegations of wrongdoing under the federal claim arising under
15  the TCPA.  Specifically, like Plaintiff's claims arising under the TCPA, the state law
16  cause of action involves the same alleged debt collection calls and Plaintiff's
17  allegation that Bluestem made those calls to Plaintiff without his consent.  The Court
18  should therefore extend supplemental jurisdiction over Plaintiff's state law claim
19  arising under the Rosenthal Act.

20  **D.    ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN**
21  **SATISFIED.**

22        7.    Removal of this action is timely.  Bluestem was served a copy of the
23  Summons and Complaint in this action on November 24, 2014.  Therefore, this Notice
24  of Removal is "filed within thirty [30] days after receipt by the defendant . . . of a
25  copy of [Plaintiff's Summons and Complaint]" in accordance with the time period
26  mandated by 28 U.S.C. §1446(b).

27        8.    Bluestem is the only named defendant in the action and, therefore, no
28  consent of additional parties is required.

DOLL AMIR & ELEY LLP

1    9.    Venue lies in the United States District Court for the Central District of

2  California pursuant to 28 U.S.C. §1441(a) because the Action was filed in this

3  District.

4    10.    As stated above, pursuant to 28 U.S.C. § 1446(a), a true and correct copy

5  of all process, pleadings and orders received by Bluestem from Plaintiff in the Action

6  are attached hereto as *Exhibit A*.

7    11.    Written notice of the filing of this Notice of Removal will be promptly

8  served upon Plaintiff.  Bluestem will also promptly file a copy of this Notice with the

9  Clerk of the Superior Court of California, County of Orange.

10    **WHEREFORE** Bluestem prays that the above Action now pending against it

11  in the Superior Court of the State of California, County of Orange, be removed

12  therefrom to this Court.

13

14  DATED:   December 23, 2014          **DOLL AMIR & ELEY LLP**

15

16                                By: /s/  *Chelsea L. Diaz*     .

17                                  Chelsea L. Diaz
                                    Attorneys for Defendant
18                                  BLUESTEM BRANDS, INC.

19

20

21

22

23

24

25

26

27

28

DOLL AMIR & ELEY LLP

NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. §1331 and 28 U.S.C. § 1367(a)